

NOTICE TO ALL PARTIES                                                                                         June 17, 2025

RE:     **Janove Adobe Inc. Filings**
        Reference #: 1601005422

JAMS has received and reviewed Respondent's correspondence dated May 30, 2025, and the parties' related submissions to JAMS.

Upon receipt of a Demand for Arbitration, JAMS conducts a facial review of the Demand and accompanying documents, and any objection, to determine whether JAMS can commence arbitration consistent with JAMS Rule 5(a).

Here, Claimants demand arbitration pursuant to Respondent's General Terms of Use ("Terms"). As Respondent notes, section 14.5 of the Terms, "Exceptions to Arbitration – Small Claims and Injunctive Relief," provides in relevant part as follows:

> "Notwithstanding the foregoing, either party may elect to have any Claim that is subject to the jurisdiction of small claims court decided in small claims court in Santa Clara County, California, USA, or the county of your residence. If either party files a Claim in arbitration that could have been brought in small claims court, the other party may provide notice that it wants the case decided in small claims court before the appointment of an arbitrator, and the arbitrator shall administratively close the case before assessing any fees, and the party bringing the Claim must proceed in small claims court in lieu of arbitration. Any dispute about whether a Claim qualifies for small claims court shall be resolved by that court, not by an arbitrator. In the event of any such dispute, the arbitration proceeding shall remain closed unless and until a decision by the small claims court that the Claim should proceed in arbitration."

In light of this clause and Respondent's election to proceed in small claims court, JAMS is unable to proceed with administration at this time and will accordingly close these files. If the parties agree or a court compels the parties to proceed in arbitration, JAMS will resume administration.

Sincerely,

Matthew Levington
Arbitration Practice Manager - West
mlevington@jamsadr.com

**PROOF OF SERVICE BY E-Mail**
Re: Janove Adobe Inc. Filings
Reference No. 1601005422

I, Matthew Levington, not a party to the within action, hereby declare that on June 17, 2025, I served the attached LETTER DATED JUNE 17, 2025 on the parties in the within action by electronic mail at Irvine, CALIFORNIA, addressed as follows:

| | |
|---|---|
| Raphael Janove Esq.<br>Janove PLLC<br>1617 John F. Kennedy Blvd.<br>20th Floor<br>Philadelphia, PA   19103<br>Phone: 215-267-0100<br>raphael@janove.law<br>   Parties Represented: | Andrew Chan Wolinsky<br>Bathaee Dunne LLP<br>445 Park Ave.<br>9th Floor<br>New York, NY   10022<br>Phone: 332-205-7668<br>awolinsky@bathaeedunne.com<br>   Parties Represented: |
| Mr. Matt Hartley<br>Hartley Law PLLC<br>200 East Van Buren<br>3rd Fl.<br>Phoenix, AZ   85004<br>Phone: 844-844-1444<br>matt.hartley@hartleylawusa.com<br>   Parties Represented: | Joseph R. Farris Esq.<br>Andrew Hannemann Esq.<br>Douglas A. Winthrop Esq.<br>Arnold & Porter<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA   94111-4024<br>Phone: 415-471-3100<br>joseph.farris@arnoldporter.com<br>andrew.hannemann@arnoldporter.com<br>Douglas.Winthrop@arnoldporter.com<br>    Parties Represented:<br>    Adobe Inc. |
| Josh Brooks<br>Janove PLLC<br>500 7th Avenue<br>8th Floor<br>New York, NY   10018<br>josh@janove.law<br>   Parties Represented: | |

I declare under penalty of perjury the foregoing to be true and correct. Executed at Irvine, CALIFORNIA on June 17, 2025.

_____
Matthew Levington
JAMS, mlevington@jamsadr.com