UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN FORET,<br><br>      Plaintiff,<br><br>    v.<br><br>ADOBE INC.,<br><br>      Defendant. | Case No.  25-cv-09221-PCP<br><br>**CASE MANAGEMENT ORDER** |

Based on the Joint Case Management Statement and the discussions held at the April 2, 2026 initial Case Management Conference, the following schedule is set for this case:

**Deadlines**

- Joinder and Other Amendments      August 28, 2026
- Substantial Completion of Document Production      November 6, 2026
- Motion for Class Certification      January 14, 2027
- Opposition to Motion for Class Certification; Class Expert Opposition Report; *Daubert Motion* (if any)      March 4, 2027
- Reply in Support of Motion for Class Certification; Class Expert Reply Report (if any); *Daubert* Opposition (if any)      April 22, 2027
- Class Certification *Daubert* Reply (if any)      April 29, 2027
- Fact Discovery Cutoff      June 24, 2027
- Plaintiff's Merit Expert Reports      July 1, 2027
- Adobe's Merits Expert Reports      July 29, 2027

United States District Court
Northern District of California

- Plaintiff's Merits Reply Expert Reports     August 26, 2027
- Expert Discovery Cutoff     September 16, 2027
- Completion of ADR     September 23, 2027
- Filing of Dispositive/*Daubert* Motion(s)     September 23, 2027
- Dispositive and *Daubert* Motion Oppositions     October 14, 2027
- Dispositive and *Daubert* Motion Replies     November 4, 2027
- Trial Setting Conference     February 8, 2028

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: May 12, 2026

P. Casey Pitts
United States District Judge